ROBERT R. POWELL, SBN 159747
POWELL & ASSOCIATES
925 W. Hedding Street
San Jose, CA 95126
T: (408) 553-0201 F: (408) 553-0203

Attorney for Plaintiff


NORA FRIMANN, Acting City Attorney (93249)
ARDELL JOHNSON, Chief Deputy City Attorney (95340)
MATTHEW PRITCHARD, Senior Deputy City Attorney (284118)
Office of the City Attorney
200 East Santa Clara Street, 16th Floor
San José, California 95113-1905
Telephone Number: (408) 535-1900
Facsimile Number: (408) 998-3131
E-Mail Address: cao.main@sanjoseca.gov

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL GONZALES, | No. 5:19-cv-08195-NC |
| Plaintiff, | **STIPULATION AND ORDER TO DISMISS THE ACTION PURSUANT TO F.R.C.P. 41** |
| v. | |
| CITY OF SAN JOSE, et al., | |
| Defendants. | |

**IT IS HEREBY STIPULATED** by and between the parties to this action through their designated counsel that the above-captioned action be dismissed with prejudice in its entirety as to all claims pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1). Each side shall bear their own attorney's fees and costs.

I hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature /S/ within this e-filed document.

1

Stipulation and Order to Dismiss the
Action Pursuant to F.R.C.P. 41

5:19-cv-08195-NC

| | | |
|---|---|---|
| | | POWELL & ASSOCIATES |
| Dated: June 24, 2021 | By: | /S/ Robert R. Powell |
| | | ROBERT R. POWELL |
| | | Attorney for Plaintiff |

 

| | | |
|---|---|---|
| | | NORA FRIMANN |
| | | Acting City Attorney |
| Dated: June 24, 2021 | By: | /S/ Matthew Pritchard |
| | | MATTHEW PRITCHARD |
| | | Senior Deputy City Attorney |
| | | Attorneys for Defendants |

**ORDER**

**IT IS SO ORDERED.**

Dated: June 29, 2021

HON. NATHANAEL M. COUSINS
United States Magistrate Judge

*GRANTED* — Judge Nathanael M. Cousins, United States District Court, Northern District of California